JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

PAUL GENTILE SMITH,        ) SA CV 13-00508-JFW (SH)
                             ) JUDGMENT
          Petitioner,      )
                             )
   v.                     )
                             )
FOULK Warden,          )
                             )
          Respondent.     )

       IT IS ADJUDGED that the  Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: October 28, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1